# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | Criminal Case No: CR 11-S-424-S |
| ) | |
| **DONALDO FIGUEROA-CRUZ.** ) | |

## ORDER

This case is before the court on defendant Donaldo Figueroa-Cruz's "Motion to Suppress" (doc. 28), "Amended Motion to Suppress" (doc. 30), and "Further Motion to Suppress" (doc. 37). After holding an evidentiary hearing, the magistrate judge entered his findings and recommendation on August 2, 2012 (doc. 47). Defendant filed a "Notice of Appeal From Magistrate to District Judge" on August 7, 2012 (doc. 49).

Upon consideration of the entire record in this case, the court hereby ADOPTS the findings of the magistrate judge as the findings of this court, and ACCEPTS his recommendation. Accordingly, the motions to suppress (docs. 28, 30, and 37) filed by defendant Donaldo Figueroa-Cruz are DENIED.

DONE and ORDERED this 11th day of December, 2012.

_____
United States District Judge